**CRAIG A. DALY, P.C.**
*Attorney at Law*

P.O. BOX 720
ROYAL OAK, MICHIGAN 48068
248 439-0132

November 1, 2022

Honorable Gordon J. Quist
United States District Court
482 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

    Re:    Dabish v. Haas
           File No. 17cv-10782

To Whom It May Concern:

Please take note that pursuant to the Order of Remand this case is still being prosecuted by Petition in the state courts. Due to Covid protocols, the lower court proceedings were protracted. A four-day evidentiary hearing was held over a period of time from October, 2020 to February, 2021. The lower court denied the motion for relief from judgment on December 22, 2021 and denied the motion for rehearing on March 22, 2022. An appeal was taken from that decision. That appeal is still pending in the Michigan Court of Appeals under the following name and case number: *People v. Peter Norman Dabish, COA No. 361653.*

Thank you for your attention to this matter.

Respectfully submitted,

Craig A. Daly, P.C.
Attorney for Petitioner

CAD/mdz