UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER NORMAN DABISH #786892,

    Petitioner,                                         Hon. Robert J. Jonker

v.                                                        Case No. 2:17-cv-10782

RANDALL HAAS,

    Respondent.
_____/

**ORDER**

This matter is before the Court on Petitioner's Motion to Reopen Case. (ECF No. 18.) As discussed herein, Petitioner's motion will be granted.

Petitioner initiated this habeas corpus action on March 10, 2017, challenging his convictions for first-degree felony murder and torture following a jury trial in the Wayne County Circuit Court. On March 6, 2019, the Court granted Petitioner's motion to stay this matter so that Petitioner could return to state court to properly exhaust certain claims for relief. (ECF No. 14.) The Court's Order instructed Petitioner to accomplish the following: (1) pursue relief in state court within 30 days; and (2) file a motion to re-open this case and amend his petition to include any subsequently exhausted claims within 30 days after a final decision by the Michigan Supreme Court. Petitioner was also instructed to include a proposed amended petition.

Petitioner indicates in his motion that he has complied with the Court's Order and now moves to re-open the case and allow him to file an amended/supplemental petition setting forth the exhausted state claims. Consistent with the Order, Petitioner has also filed an amended/supplemental habeas petition. (ECF No. 19.)

In light of the foregoing, the motion to reopen is **GRANTED**. Respondent shall file an answer or other pleading within **180 days** of Petitioner's amended petition. Petitioner may submit a reply to Respondent's answer within **42 days** of the filing of Respondent's answer.

**IT IS SO ORDERED**.

Dated: September 15, 2023              /s/ Sally J. Berens
                                                                              SALLY J. BERENS
                                                                              U.S. Magistrate Judge